```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
BALTIMAR AS and SUPERSEVEN SHIPPING      :
LTD.,                                    :
                                         :      09 Civ. 3878 (JSR)
              Plaintiffs,                :
                                         :           ORDER
         -v-                             :
                                         :
COMPASS INTERNATIONAL ASSOCIATION,       :
                                         :
              Defendant.                 :
---------------------------------------- x

JED S. RAKOFF, U.S.D.J.
```

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 7/28/09*

    On April 21, 2009, the Court issued an Order For Process of Maritime Attachment restraining defendant's property pursuant to Supplemental Admiralty Rule B of the Federal Rules of Civil Procedure. At that time, the parties had already commenced arbitration in London. Compl. ¶ 16. The Order was to automatically expire after 60 days unless assets were attached. Plaintiff, however, has notified the Court that it has attached assets and is fully secured in this matter.

    Accordingly, the Clerk of the Court is directed to place the above-captioned action on the Court's Suspense Calendar. The parties are directed to jointly send a letter report to the Court every three months beginning October 21, 2009, informing the Court of the status of the matter.

    SO ORDERED.

Dated: New York, NY
      July 23, 2009

                                              JED S. RAKOFF, U.S.D.J.